# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL M. WILLIAMS, | Case No. 2:20-cv-2022-KJD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| VEGAS VENTURE 1 LLC, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Request a Time Extension for Discovery Plan (ECF No. 16), filed on March 26, 2021. To date, no response has been filed. Defendants' failure to file a response "constitutes a consent to the granting of the motion." LR 7-2(d). Moreover, the Court finds good cause to grant the extension of 14-30 days to submit the discovery plan and scheduling order. Plaintiff indicates that he is unemployed, experiencing financial hardship, and expresses concern regarding his safety and the safety of his fiancé. The Court will grant a 30 day extension of time from the March 29, 2021 deadline. Accordingly, the parties shall meet and confer, hold the Fed.R.Civ.P. 26(f) conference, and submit a compliant proposed discovery plan and scheduling order by April 28, 2021.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Request a Time Extension for Discovery Plan (ECF No. 16) is granted as stated above.

DATED: April 14, 2021

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE