# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHANIEL M. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>VEGAS VENTURE I LLC, MATTHEW FRESINSKI, HAROLD NORRIS, JOSE LEVIN, RICARDO RAMIREZ, CARLOS DOMINGUEZ, SHEMARIO JONES C/O CAFÉ AMERICANO RESTAURANT,<br><br>Defendants. | Case No. 2:20-cv-02022-KJD-DJA<br><br>**ORDER** |

Before the Court is the parties' joint discovery plan and scheduling order requesting special scheduling review. (ECF No. 32). The parties assert that they disagree regarding the appropriate discovery deadlines, but only provide a single set of deadlines. These deadlines, however, are exceptionally protracted and unexplained. The parties request 468 days to complete discovery—more than double the typical discovery period under Local Rule 26-1(b)(1)—but fail to explain why such a drastic extension is necessary. The parties claim that Plaintiff is alleging a high damages amount, anticipates deposing seven individuals and retaining experts, and that Defendants anticipate doing the same. In other words, the parties have described rather typical discovery, but have not explained why that discovery warrants more than double the standard discovery periods. Because the Court finds that the parties have neither provided a "statement of each party's position on each point in dispute," nor "a statement of the reasons why longer or different time periods should apply to the case," it denies their joint discovery plan and scheduling order and orders that 60 days beyond the standard timeframes under Local Rule 26-1(b) should apply.

**IT IS THEREFORE ORDERED** that the joint discovery plan and scheduling order requesting special scheduling review (ECF No. 32) is denied.

IT IS FURTHER ORDERED that 60 days beyond the standard timeframes under Local Rule 26-1(b) shall apply.

IT IS FURTHER ORDERED that the parties may submit a motion or stipulation to extend the dates set by this Order by satisfying the requirements of Local Rule IA 6-1 and showing good cause under Local Rule 26-3.

IT IS FURTHER ORDERED that the following deadlines shall apply to this case:

| | |
|---|---|
| Amend pleadings and add parties: | Wednesday, July 14, 2021 |
| Expert disclosures: | Friday, August 13, 2021 |
| Rebuttal expert disclosures: | Monday, September 13, 2021 |
| Discovery cutoff: | Tuesday, October 12, 2021 |
| Dispositive motions: | Friday, November 12, 2021 |
| Pretrial order: | Monday, December 13, 2021 |

DATED: June 17, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE