UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATHANIEL L. WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>VEGAS VENTURE 1 LLC, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:20-cv-2022-KJD-DJA<br><br>**AMENDED ORDER** |

　　　Presently before the Court is Plaintiff's Motion to Extend Time to File Notice of Appeal (#57). The final order Plaintiff wishes to appeal was entered on August 31, 2021. On September 29, 2021, Plaintiff filed the present motion to extend time to file notice of appeal of that final order. Plaintiff asserts that he has been prevented from filing his notice of appeal by a combination of his homelessness and *pro se* status. Considering the *Pioneer* factors, the Court finds good cause to extend the deadline. *See Pioneer Investment Servs. Inc. Co. v. Brunswick Assos. Ltd. P'ship*, 507 U.S. 380 (1993). First, there is little danger of prejudice to the non-moving parties. Second, the delay of thirty (30) days is minimal. Third, Plaintiff's self-described homelessness presents many features that are outside of his control. Fourth, the Court finds that Plaintiff has acted in good faith and has not intentionally delayed the proceedings.

　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Notice of Appeal (#57) is **GRANTED**;

　　　IT IS FURTHER ORDERED that Plaintiff shall file his notice of appeal no later than October 29, 2021. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated this 8th day of October, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge